BLACKFORD ET AL. *vs.* KILLAN, ADM'R.

[ACTION ON NOTE—PLEAS—PRACTICE.]

1. *Plea stricken out; to revise action of court below; what necessary.*—When a plea of the defendant is stricken out by the court below, the action of the court will not be revised, unless the record shows that an exception was duly taken to the court's action.

APPEAL from the Circuit Court of Greene.
Tried before Hon. JAMES COBBS.

ACTION by Killan, administrator of Brown, on note given by defendants, the appellants in this court. Defendants filed a plea of "failure of consideration and breach of warranty." This, on motion of plaintiff, was stricken out, but to this there was no exception taken, in the court below, by the defendants. The defendants declined to plead further, and a judgment *nil dicit* was entered by the court, against the defendants, for the amount of the note, and interest, and costs of suit.

From this judgment the defendants appealed, and assign for error, the striking out of the plea as aforesaid.

J. B. CLARK, for appellants.
WATTS & TROY, *contra.*

A. J. WALKER, C. J.—The striking out of the defendant's pleas can only be revised upon exception taken in the court below.—*Mahoney v. Cleary*, 34 Ala. 97.
Affirmed.